# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**DONALD RAY BISHOP,**

   Plaintiff-Appellant,

**v.**                                                                 **No. 28,499**

**ROBERT J. PERRY, Cabinet Secretary,**
**State of New Mexico, New Mexico Corrections**
**Department,**

   Defendant-Appellee,

**and**

**GARY JOHNSON, Governor of the State of**
**New Mexico, PATRICIA MADRID, Attorney**
**General of the State of New Mexico,**

   **Defendants.**

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**James A. Hall, District Judge**

Donald Ray Bishop
Hobbs, NM

Pro Se Appellant

N.M. Department of Corrections
Carlos Elizondo
Santa Fe, NM

James R.D. Brewster
Santa Fe, NM

for Appellee

Gary K. King, Attorney General
Santa Fe, NM
Deyonna D. Young, Assistant Attorney General
Albuquerque, NM

for Appellee and Defendants

**MEMORANDUM OPINION**

**SUTIN, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the extended time for doing so has expired.

AFFIRMED.

**IT IS SO ORDERED.**

_____
**JONATHAN B. SUTIN, Judge**

**WE CONCUR:**

_____
**CELIA FOY CASTILLO, Judge**

_____
**LINDA M. VANZI, Judge**